```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
IN RE BYSTOLIC ANTITRUST LITIGATION                               :
                                                                  :
------------------------------------------------------------------:
This Document Relates To:                                         :     20-cv-5735 (LJL)
                                                                  :     20-cv-9793 (LJL)
All Direct Purchaser Actions                                      :     20-cv-10087 (LJL)
Walgreen Action (No. 20-cv-9793)                                  :
CVS Action (No. 20-cv-10087)                                      :           ORDER
All End-Payor Actions                                             :
                                                                  :
------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/15/2022

LEWIS J. LIMAN, United States District Judge:

    This Order addresses several pending motions to seal in this case. The Court's decisions on these motions are without prejudice to the Court's unsealing either on motion or sua sponte.

    The motions at Dkt. Nos. 371, 372, 374, and 375 are DENIED.

    The motion at Dkt. No. 383 is GRANTED.

- Direct Purchaser Plaintiffs shall file a partially redacted Third Consolidated Amended Class Action Complaint consistent with the redactions at Dkt. Nos. 383-2, 384-2.

- End-Payor Plaintiffs shall file a partially redacted Second Consolidated Amended Class Action Complaint consistent with the redactions at Dkt. Nos. 383-3, 384-3.

- Plaintiffs in the *Walgreen Action* shall file on the docket of the *Walgreen Action* a partially redacted Third Amended Complaint consistent with the redactions at Dkt. Nos. 383-4, 384-4.

- Plaintiffs in the *CVS Action* shall file on the docket of the *CVS Action* a partially redacted Third Amended Complaint consistent with the redactions at Dkt. Nos. 383-1, 384-1.

    All filings shall be made in the form directed by this Order on the respective dockets by **August 22, 2022**.

      The Clerk of Court is respectfully directed to close the motions at Dkt. Nos. 371, 372, 374, 375, and 383.  The Clerk of Court is also respectfully directed to close Dkt. Nos. 42 and 44 in the *Walgreen Action* (20-cv-9793) and Dkt. No. 40 in the *CVS Action* (20-cv-10087).

      SO ORDERED.

Dated: August 15, 2022  
      New York, New York

                                              LEWIS J. LIMAN  
                                       United States District Judge