UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  8/18/2023
```

-------------------------------------------------------------------X
: 
: 
: 
: 
: 
IN RE BYSTOLIC ANTITRUST LITIGATION          :          20-cv-5735 (LJL)
: 
:                    ORDER
: 
: 
: 
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

  For the reasons stated in the Opinion and Order at Dkt. No. 438, the Clerk of Court is respectfully directed to close this case, its member cases, and its related cases:  20-cv-5735, 20-cv-07110, 20-cv-08754, 20-cv-08756, 20-cv-05538, 20-cv-09793, 20-cv-10087, 20-cv-05813, 20-cv-07580, 20-cv-07352, 20-cv-05837, 20-cv-07492, 20-cv-05826, 20-cv-07309, 20-cv-05901, 20-cv-06769, 20-cv-07177, 20-cv-06647, 20-cv-07296, 20-cv-07304, 20-cv-06223.

  SO ORDERED.

Dated:  August 18, 2023
   New York, New York     _____
                 LEWIS J. LIMAN
             United States District Judge